DEBORAH S. REISDORPH (SBN 164066)
WILLIAM A. JENKINS (SBN 137611)
SIMS, LAWRENCE & BROGHAMMER
2261 Lava Ridge Court
Roseville, CA 95661
Telephone:  (916) 797-8881
Facsimile:  (916) 253-1544
Email:  dreisdorph@sims-law.net
         bjenkins@sims-law.net

Attorneys for Defendant THE WELL COMMUNITY CHURCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL CASTILLO,<br><br>            Plaintiff,<br><br>      vs.<br><br>THE WELL COMMUNITY CHURCH, a California corporation,<br><br>            Defendant. | No. 1:21-cv-01460-ADA-BAM<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT** |

Defendant The Well Community Church substitutes Deborah S. Reisdorph (SBN 164066) and William A. Jenkins (SBN 137611) who are newly retained counsel.  New counsel's address is 2261 Lava Ridge Ct, Roseville, CA 95661.  New counsel's telephone number is 916-797-8881 and its email addresses are:  dreisdorph@sims-law.net and bjenkins@sims-law.net.  New counsel is substituted as attorneys of record instead of Michael Lehman and Gabriel Ullrich of Ericksen Arbuthnot, as set forth in the Consent Order Granting Substitution of Attorney served on all parties on October 27, 2022.

IT IS SO ORDERED.

Dated:   October 28, 2022                    _____
                                             UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28