1   Amanda B. Whitten, Bar No. 251160
    BRYANT WHITTEN, LLP
2   8050 North Palm Avenue
    Suite 210
3   Fresno, California 93711
    Telephone:     559.494.4910
4   Fax No.:        559.421.0369

5   Attorneys for Plaintiff, KRYSTAL CASTILLO

6   Deborah Reisdorph, Bar No. 164066
    William A. Jenkins, Bar No. 137611
7   SIMS, LAWRENCE & BROGHAMMER
    2261 Lava Ridge Court
8   Roseville, CA 95661
    Telephone:     916.797.8881
9   Fax No.:        916.253.1544

10  Attorneys for Defendant
    WELL COMMUNITY CHURCH

11

12

13                      UNITED STATES DISTRICT COURT

14                      EASTERN DISTRICT OF CALIFORNIA

15

16  KRYSTAL CASTILLO,                   Case No. 1:21-CV-01460-DAD-BAM

17              Plaintiff,              [PROPOSED] ORDER RE JOINT
                                        STIPULATION AND TO CANCEL
18       v.                             STATUS CONFERENCE

19  WELL COMMUNITY CHURCH, a Delaware   DATE: June 22, 2023
    limited liability company, and Does 1 through   TIME: 8:30 a.m.
20  20, inclusive,

21              Defendant.              *Telephonic Appearance Requested*

22                                      Action Filed in State Court: 9/29/21
                                        Fresno County Superior Court Case No.
23                                      21CECG00936

24

25

26

27

28                      [PROPOSED] ORDER RE JOINT STIPULATION AND TO
                        CANCEL STATUS CONFERENCE – Case No. 1:21-CV-01460-
                        DAD-BAM

On June 21, 2023, the parties filed a Joint Stipulation to Cancel Status Conference in which they indicated that they are currently attempting to settle the case and requested the Court vacate the Status Conference set for June 22, 2023.  (Doc. 60.)  Pursuant to stipulation and good cause appearing, the Court hereby VACATES the Status Conference set for June 22, 2023.

IT IS SO ORDERED.

Dated:   **June 21, 2023**                        /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

[PROPOSED]  ORDER  RE  JOINT  STIPULATION  AND  TO CANCEL  STATUS  CONFERENCE – Case No. 1:21-CV-01460-DAD-BAM